■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LOUIS LEO BAX, Respondent. (Appeal No. 2.)—Appeal unanimously dismissed. Same memorandum as in *People v Bax* (63 AD2d 850). (Appeal from order of Niagara County Court—retrial.) Present—Marsh, P. J., Simons, Dillon, Hancock, Jr., and Denman, JJ.